MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>JIM AARTMAN, INC., a corporation.<br><br>         Defendant. | Case No. 2:12-cv-01393-WBS-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; [~~PROPOSED~~] ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]** |

WHEREAS, on February 16, 2012, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Jim Aartman, Inc. ("JAI") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on May 22, 2012, CSPA filed its Complaint against JAI in this Court, *California Sportfishing Protection Alliance v. Jim Aartman, Inc.,* Case No. 2:12-cv-01393-WBS-DAD.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and JAI, through their authorized representatives and without either adjudication of CSPA's claims or admission by JAI of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without the

attached exhibits, entered into by and between CSPA and JAI is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed. The parties respectfully request an order from this Court dismissing such claims. In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 16, 2016, or through the conclusion of any proceeding to enforce the Settlement Agreement, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: June 24, 2013          Respectfully submitted,

                              LOZEAU DRURY LLP


                              By:   /s/ *Douglas J. Chermak*
                                    Douglas J. Chermak
                                    Attorney for Plaintiff California Sportfishing
                                    Protection Alliance


                              CASTELLÓN & FUNDERBURK LLP


                              By:   /s/ *William W. Funderburk*   (as authorized on 6/24/13)
                                    William W. Funderburk, Jr.
                                    Attorney for Defendant Jim Aartman, Inc.

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Jim Aartman, Inc., as set forth in the Notice and Complaint filed in Case No. 2:12-cv-01393-WBS-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 16, 2016, or through the conclusion of any proceeding to enforce the Settlement Agreement, for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 25, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE